[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-16314
Non-Argument Calendar
_____

D.C. Docket No. 4:10-cr-00005-WTM-GRS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANTONIO GRIFFIN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia
_____

(June 19, 2013)

Before MARCUS, MARTIN and KRAVITCH, Circuit Judges.

PER CURIAM:

C. Michael Johnson, appointed counsel for Antonio Griffin in this appeal,

has moved to withdraw from further representation of the appellant and filed a

brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merits of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Griffin's convictions and sentences are **AFFIRMED.**